MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER J. REDMOND, Trustee
in Bankruptcy for Debtor Corporation,

     Plaintiff,

v.                                         Case No. 12-mc-00016-EAK-AEP

ROBERT B. SPARKS,

     Defendant.

and

MACKEY LAW GROUP, P.A.,

     Garnishee.

_____/

## FINAL JUDGMENT OF GARNISHMENT

This cause came on to be heard before the Court on the Motion for Judgment on the Garnishment Pleadings (the "Motion") filed by Plaintiff Christopher J. Redmond, Trustee in Bankruptcy for Debtor Corporation ("Plaintiff"). The Court having considered the Motion and exhibits, the Answer filed by Garnishee, Mackey Law Group, P.A. ("Garnishee"), acknowledging that it is indebted to Defendant Robert B. Sparks and being otherwise advised in the premises, hereby

ORDERS AND ADJUDGES that:

1.     Plaintiff's Motion is GRANTED.

2.     Plaintiff, Christopher J. Redmond, Trustee in Bankruptcy for Debtor Corporation, whose address is 4801 Main Street, Suite 1000, Kansas City, Missouri 64112, shall recover from

Garnishee, Mackey Law Group, P.A., whose address is 1402 Third Avenue West, Bradenton, Florida 34205, the sum of $5,538.06 for which let execution issue forthwith.

      3.      This Court reserves jurisdiction to enter all further orders as necessary, including an order authorizing execution against Garnishee's property if this judgment is not otherwise satisfied.

      **DONE AND ORDERED** in Tampa, Florida this _____ day of _____, 2015.

Elizabeth A. Kovachevich
United States District Court

Copies furnished to:

Christopher J. Redmond, Trustee
in Bankruptcy for Debtor Corporation
c/o Gregory S. Grossman, Esq.
Adrian Nuñez
Astigarraga Davis
Mullins & Grossman, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
E-Mail: ggrossman@astidavis.com;
anunez@astidavis.com

MAXIMUS AUTO GROUP, INC.,
Randolph L. Smith, Esq.
Najmy Thompson, P.L.
1401 8th Avenue West
Bradenton, FL 34205
Emails: rsmith@najmythompson.com
bguilinger@najmythompson.com

Peter J. Mackey, Esq.
Mackey Law Group, P.A.
1402 Third Avenue West
Bradenton, Florida 34205
E-Mail: pmackey@mackeylaw.com;
pmackey@mackeylaw.com;
ksnyderman@mackeylaw.com;
mlozeau@mackeylaw.com

Via US Mail:
Robert B. Sparks
c/o MAXIMUS AUTO GROUP, INC.
4010-A 18th Street W.
Bradenton, Florida 34205

2